**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CLIPLIGHT MANUFACTURING CO.** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **1:03CV608GRo** |
| | § | |
| **HIGHSIDE CHEMICALS, INC and** | § | |
| **MT. HAWLEY INSURANCE CO.** | § | **DEFENDANTS** |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

BEFORE THIS COURT is the Motion [63] of the Plaintiff to Dismiss the above styled and numbered cause without prejudice pursuant to FED. R. CIV. P. 42(b).  Having considered the Motion and pleadings on file it is the opinion of the Court that the Plaintiff's Motion is unopposed and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the above styled and numbered cause should be, and is hereby, **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 42(b).

**SO ORDERED AND ADJUDGED** this the 14th day of September, 2006.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE